**AMALGAMATED Fund Administrators**
*An Affiliate of Amalgamated Life*

*David C. Sapp, Esq.*
Associate Counsel and
Director of Litigation

Amalgamated Fund Administrators, Inc.
333 Westchester Avenue
White Plains, New York 10604
P: 914-367-5576
F: 914-367-5788

dsapp@amalgamatedlife.com

**VIA ECF AND**
**FIRST CLASS MAIL**

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Lucille Chance -v.- Laundry, Dry Cleaning Workers and
Allied Industries Retirement Fund – 08-CV-4843 (KAM) (LB)

Dear Judge Bloom:

We represent the Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, defendant in the above-referenced action.

Joined by Toby Golick, Esq., counsel for plaintiff, we are writing to advise the Court that the parties have concluded a settlement of the claims underlying the action. As part of the resolution of the action, defendants electronically filed a Stipulation of Voluntary Dismissal with prejudice with the Court on October 30, 2009. Enclosed is a courtesy copy of the Stipulation of Voluntary Dismissal.

As a result of the settlement and the filing of the Stipulation of Voluntary Dismissal, the parties respectfully request a cancellation of the conference scheduled for 2:00 p.m. on November 10, 2009.

The Court's considerations are appreciated.

Respectfully submitted,

David C. Sapp (DS5781)

Enclosure
cc: Honorable Kiyo A. Matsumoto
Toby Golick, Esq.

*[Handwritten order:]* The Conference on 11/10/09 is cancelled in light of the settlement. The application is ✓ granted. SO ORDERED. /S/ Lois Bloom, U.S.M.J. Dated: 11/2/09 Brooklyn, New York. The Court appreciates pro bono counsel's efforts with defendant's counsel to resolve this case.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCILLE CHANCE, | ) 08-CV-4843(KAM)(LB) |
| Plaintiff, | ) |
| -v.- | ) |
| | ) **STIPULATION** |
| LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE! successor by merger with the AMALGAMATED COTTON GARMENT AND ALLIED INDUSTRIES RETIREMENT FUND, | ) **OF VOLUNTARY** ) <u>**DISMISSAL WITH PREJUDICE**</u> |
| Defendant. | ) |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to the above-captioned action, by and through their respective counsel, that the above-captioned action is hereby voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and with each party to bear their own costs and fees.

Dated: October 28, 2009

**LUCILLE CHANCE, Plaintiff**

AND

By: _____
Toby Golick (TG   )

Attorney for Plaintiff
Bet Tzedek Legal Services
Cardozo School of Law
55 Fifth Avenue
New York, New York 10003
(212) 790 - 0240

**LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE! successor by merger with the AMALGAMATED COTTON GARMENT ALLIED INDUSTRIES RETIREMENT FUND, Defendant**

By: _____
David C. Sapp (DS5781)

Attorney for Defendant
Amalgamated Life Insurance Company
333 Westchester Avenue
North Building – Second Floor
White Plains, New York 10604
(914) 367 - 5576